UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:01-CR-40-1F

| United States Of America | ) | |
| --- | --- | --- |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| Andre Larue Vereen | ) | |

On December 11, 2001, Andre Larue Vereen appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Possession With the Intent to Distribute Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1) was sentenced to the custody of the Bureau of Prisons for a term of 120 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. On August 4, 2008, the sentence of imprisonment was reduced to 100 months based on an 18 U.S.C. §3582(c)(2) motion. Andre Larue Vereen was released from custody and the term of supervised release commenced on December 4, 2008.

From evidence presented at the revocation hearing on August 3, 2011, the court finds as a fact that Andre Larue Vereen, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Possessing a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 30 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 3rd day of August, 2011.

*James C. Fox*
James C. Fox
Senior U.S. District Judge